| | |
|---|---|
| 1 | JOHN P. BARRY (*pro hac vice*) |
| 2 | PIETRO A. DESERIO (*pro hac vice*)<br>**PROSKAUER ROSE LLP** |
| 3 | 11 Times Square<br>New York, NY 10036 |
| 4 | Telephone:   (212) 969-3000<br>Facsimile:    (212) 969-2900 |
| 5 | ANTHONY J. ONCIDI (SBN 118135) |
| 6 | **PROSKAUER ROSE LLP**<br>2049 Century Park East, 32nd Floor |
| 7 | Los Angeles, CA  90067-3206<br>Telephone:   (310) 557-2900 |
| 8 | Facsimile:    (310) 557-2193 |
| 9 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNPOWER CORPORATION,<br>a Delaware corporation,<br>                              Plaintiff,<br><br>vs.<br><br><br>SUNEDISON, INC., a Delaware corporation; SHANE MESSER, an individual; KENDALL FONG, an individual; and VIKAS DESAI, an individual,<br><br>                              Defendants. | Case No. CV 15-02462<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ADJOURN THE CASE MANAGEMENT CONFERENCE** |

Administrative Motion to Adjourn Case Management Conference

Pursuant to Civil L.R. 7-11, Defendants SunEdison, Inc., Shane Messer, Kendall Fong, and Vikas Desai (collectively, "Defendants") hereby submit this Motion for Administrative Relief petitioning the Court to adjourn the Case Management Conference.

The Case Management Conference is currently scheduled for September 1, 2015. The hearing on Defendants' motion to dismiss is currently scheduled for September 9, 2015. The ruling on Defendants' motion to dismiss may be dispositive on several of SunPower's claims as well as the entire complaint, given that Defendants' position is that the Court lacks jurisdiction upon the requested dismissal of the first cause of action, Plaintiff's only federal claim. Thus the Court's decision on Defendants' motion to dismiss may significantly affect litigation planning or render it unnecessary in the first place. Therefore, Defendants respectfully request that the Court adjourn the Case Management Conference pending the outcome of Defendants' motion to dismiss.

Counsel for Defendants conferred with counsel for SunPower regarding the above-stated requests, but SunPower did not consent to adjourning the Case Management Conference. *See* Declaration of Jeremy M. Mittman, attached hereto as Exhibit A.

For the foregoing reasons, Defendants respectfully request that the Court adjourn the Case Management Conference.

DATED: August 11, 2015

Anthony J. Oncidi
John P. Barry
Jeremy M. Mittman
Pietro A. Deserio
PROSKAUER ROSE LLP

By: */s/ Jeremy M. Mittman*
    Jeremy M. Mittman

*Attorneys for Defendants
SunEdison, Inc., Shane Messer, Kendall Fong, and Vikas Desai*

2