1  JOHN P. BARRY (*pro hac vice*)
   PIETRO A. DESERIO (*pro hac vice*)
2  **PROSKAUER ROSE LLP**
   11 Times Square
3  New York, NY 10036
   Telephone:   (212) 969-3000
4  Facsimile:   (212) 969-2900

5  ANTHONY J. ONCIDI (SBN 118135)
   **PROSKAUER ROSE LLP**
6  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
7  Telephone:   (310) 557-2900
   Facsimile:   (310) 557-2193
8
   Attorneys for Defendants
9

10
                    **UNITED STATES DISTRICT COURT**
11
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13 | SUNPOWER CORPORATION,              | Case No. CV 15-02462
   | a Delaware corporation,
14 |                          Plaintiff,
   |                                     | **DECLARATION OF JEREMY M.**
15 |                                     | **MITTMAN IN SUPPORT OF**
   |                                     | **DEFENDANTS' ADMINISTRATIVE**
16 | vs.                                 | **MOTION TO ADJOURN THE CASE**
   |                                     | **MANAGEMENT CONFERENCE**
17

18

19 | SUNEDISON, INC., a Delaware corporation;
   | SHANE MESSER, an individual; KENDALL
20 | FONG, an individual; and VIKAS DESAI, an
   | individual,
21
   |                        Defendants.
22

23

24

25

26

27

28

I, Jeremy M. Mittman, declare as follows:

1. I am an attorney at the law firm Proskauer Rose LLP, attorneys of record for Defendants SunEdison, Inc., Shane Messer, Kendall Fong, and Vikas Desai (collectively, "Defendants") in the above-entitled action. I am admitted to practice in the State of California and am also admitted to practice in the United States District Court for the Northern District of California. I am one of the attorneys responsible for the defense in this case. Except as may be expressly noted below, I have first-hand knowledge of the facts set forth herein.

2. On August 11, 2015, I spoke via telephone with Ali Razai, counsel for Plaintiff SunPower Corporation ("SunPower"), informing him of Defendants' intent to adjourn the Case Management Conference pending the outcome of the Motion to Dismiss, and seeking SunPower's consent to stipulate to an adjournment.

3. However, Mr. Razai informed me that SunPower would not consent to adjourning the Case Management Conference.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on August 11, 2015 at Los Angeles, California.

*/s/ Jeremy M. Mittman*
Jeremy M. Mittman

2

Declaration of Jeremy M. Mittman in support of Motion to Adjourn Conference