| | |
|---|---|
| 1 | JOHN P. BARRY (*pro hac vice*) |
| 2 | PIETRO A. DESERIO (*pro hac vice*)<br>**PROSKAUER ROSE LLP** |
| 3 | 11 Times Square<br>New York, NY 10036 |
| 4 | Telephone:    (212) 969-3000<br>Facsimile:     (212) 969-2900 |
| 5 | ANTHONY J. ONCIDI (SBN 118135) |
| 6 | **PROSKAUER ROSE LLP**<br>2049 Century Park East, 32nd Floor |
| 7 | Los Angeles, CA  90067-3206<br>Telephone:    (310) 557-2900 |
| 8 | Facsimile:     (310) 557-2193 |
| 9 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNPOWER CORPORATION,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>SUNEDISON, INC., a Delaware corporation;<br>SHANE MESSER, an individual; KENDALL<br>FONG, an individual; and VIKAS DESAI, an<br>individual,<br><br>                    Defendants. | Case No. CV 15-02462<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ADJOURN THE CASE MANAGEMENT CONFERENCE**<br><br><br>Hon. William H. Orrick |

THIS MATTER came before the Court on Defendants' Administrative Motion to Adjourn the Case Management Conference, pursuant to Local Rule 7-11, for an Order Adjourning the Case Management Conference. Defendants seek to adjourn the Case Management Conference pending the outcome of the motion to dismiss. Having carefully considered the motion and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference is adjourned pending the outcome of Defendants' pending motion to dismiss.

IT IS SO ORDERED.

Dated: _____, 2015

                                              Hon. William H. Orrick
                                              United States District Judge

[Proposed] Order Granting Motion to Adjourn Conference