1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNPOWER CORPORATION,<br>a Delaware corporation,<br>                     Plaintiff,<br><br>vs.<br><br><br>SUNEDISON, INC., a Delaware corporation; SHANE MESSER, an individual; KENDALL FONG, an individual; and VIKAS DESAI, an individual,<br>                     Defendants. | Case No. CV 15-02462<br><br>**ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO ADJOURN THE CASE MANAGEMENT CONFERENCE**<br><br>Hon. William H. Orrick |

THIS MATTER came before the Court on Defendants' Administrative Motion to Adjourn the Case Management Conference, pursuant to Local Rule 7-11, for an Order Adjourning the Case Management Conference. Defendants seek to adjourn the Case Management Conference pending the outcome of the motion to dismiss. Plaintiff opposes. Having carefully considered the motion and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference scheduled on September 1, 2015 will be continued until **September 9, 2015**, to be held after the hearing on the Motion to Dismiss during the 2:00 p.m. calendar.

IT IS SO ORDERED.

Dated: August 18, 2015

Hon. William H. Orrick
United States District Judge